ELECTRA HOUSEFURNISHING STORE, INC., Plaintiff, *v.*
MORRIS MANES et al., Defendants, and LOUIS ZISES,
as Temporary Receiver of ELECTRA HOUSEFURNISHING
STORE, INC., Appellant.

MORRIS MANES et al., Respondents.

(Submitted October 2, 1933; decided October 10, 1933.)

*Sim C. Binder* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.